IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON – PORTLAND DIVISION

Jane Doe, Plaintiff,

v.

Sage Hospitality Group; Beavers Lessee LLC; The Nines Hotel, Defendants.

Case No. 3:25-CV-1751-SB

## MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff Jane Doe moves for leave to proceed under a pseudonym pursuant to Fed. R. Civ. P. 10(a) and Ninth Circuit precedent. See Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058 (9th Cir. 2000).

This case concerns deeply personal medical information (including mental-health treatment and trauma-related conditions), immigration program status, and sensitive details of workplace harassment involving racial and national-origin comments. Public disclosure would subject Plaintiff to further stigma, retaliation in future employment, and potential immigration-related complications. Plaintiff's privacy and safety interests outweigh the minimal prejudice to Defendants, who will know Plaintiff's identity under seal and may communicate with her for case administration.

Under Advanced Textile, courts balance (1) the severity of the threatened harm; (2) reasonableness of anonymity; (3) vulnerability of the party; (4) prejudice to the opposing party; and (5) the public interest. 214 F.3d at 1068. Each factor supports anonymity here due to documented medical fragility, retaliation risks in hospitality employment, and substantial privacy interests in medical and immigration records. Defendants suffer no unfair prejudice because Plaintiff will promptly file a sealed declaration identifying her legal name and current contact information.

WHEREFORE, Plaintiff respectfully requests leave to proceed publicly as "Jane Doe," and authority to lodge under seal a declaration containing Plaintiff's identity and contact information.

Dated: September 5, 2025

Respectfully submitted,

Jane Doe, Plaintiff (pro se)

Contact information to be provided to the Court under seal and

to Defendants pursuant to any protective order or court directive.

*[signature]*

September 26, 2025