IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

K. Davis,

Plaintiff,

v.

SAGE HOSPITALITY GROUP *et al*.,

Defendants

Case No. 3:25-cv-01751-SB

**ORDER FOR ISSUANCE AND SERVICE OF SUBPOENAS**

**BECKERMAN, U.S. Magistrate Judge.**

Before the Court is Plaintiff's unopposed motion for issuance and service of subpoenas (ECF No. 49). The Court GRANTS Plaintiff's motion, DIRECTS the Clerk of Court to issue the requested subpoenas, and DIRECTS the U.S. Marshals Service to serve the subpoenas upon the requested parties.

**IT IS SO ORDERED.**

DATED this 28th day of September, 2026.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
United States Magistrate Judge